# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
|     Plaintiff, | ) | Case No: 08 CR 825 |
| | ) | |
| v. | ) | |
| | ) | |
| Diego Laluz, | ) | Judge: Kennelly |
|     Defendant. | ) | |

## ORDER

Diego Laluz has moved under 18 U.S.C. § 3582(c) for a reduction of his sentence. The Court apologizes for its undue delay in ruling on Mr. Laluz's motion. In 2009, the Court imposed a below-Sentencing Guidelines range prison sentence of 168 months after he pled guilty to charges involving distribution of crack cocaine. Mr. Laluz's Guidelines range was 262 to 327 months, based on his classification as a "career offender" under U.S.S.G. § 4B1.1. Mr. Laluz's motion for a reduction is based on later amendments to the Sentencing Guidelines reducing the offense levels for offenses involving crack cocaine. The Court denied a previous sentence reduction motion by Mr. Laluz in 2014 on the ground that the Sentencing Guidelines amendments did not affect his Guidelines range, which was determined based on his classification as a career offender, not on the amount of crack cocaine he distributed. The same is still true; the Guidelines amendments do not affect Mr. Laluz's Guidelines sentencing range and thus do not entitle him to a sentence reduction. The Court acknowledges that Mr. Laluz got a lengthy sentence as well as his submissions showing his rehabilitation, but this does not permit the Court to reduce his sentence. For these reasons, the Court again denies Mr. Laluz's motion for a sentence reduction [dkt. no. 56] as well as his request for "summary judgment" on that motion [dkt. no. 64].

                                                                                                _____
                                                                                                MATTHEW F. KENNELLY
                                                                                                United States District Judge

Date:   February 5, 2018